Notice of Request

I, Demond Williams, previously filed a compassionate release with this Honorable Court. I would like to request this Court to grant me to proceed without exhausting Admin. Remedy, due to the fact that I am now exposed to COVID-19, as my current location has become infected with 42 inmates infected and 2 staff members infected by the virus. I am currently pending a response from the Warden but filed with the Court due to the fact COVID-19 does not promise everyday to anyone. But if this Honorable Court chooses to not allow me to proceed, I would like to request a stay be placed until exhaustion is complete.

Executed Date: 4-13-2020                x Demond Williams

Let the Record Reflect all these facts and Request.

RECEIVED
APR 20 2020
BY MAIL

2 of 2

Desmond William # 47178-044
Forrest City Low (FCI)
Federal Correction Institution
P.O. Box 9000
Forrest City, AR 72336

RECEIVED
APR 20 2020
BY MAIL

MEMPHIS
TN 380
15 APR '20
PM 2 L

U.S. Dist Court
111 S. 10th St.
St. Louis Mo. 63102

63102-112599