IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cr-310-RLW |
| | ) | |
| DEMOND WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **Supplement to Defendant's Motion to Reconsider**

Demond Williams files this supplement to alert the Court that, since his October 28, 2020 reply, the Bureau of Prisons ("BOP") reported active COVID-19 cases shot up at Mr. Williams' prison, Forrest City Low FCI, from 4 incarcerated people to 48 incarcerated people.[1]  Such a dramatic increase almost eight months into this pandemic is further proof the BOP is ill-equipped to control the virus.

DATED:  October 29, 2020

Respectfully submitted,

/s/ Rachel M. Korenblat
RACHEL M. KORENBLAT
Assistant Federal Public Defender
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Rachel_Korenblat@fd.org

ATTORNEY FOR DEFENDANT

---

[1] https://www.bop.gov/coronavirus/.

### Certificate of Service

I hereby certify that on October 29, 2020 the foregoing was filed electronically with the Clerk of the Court to be served via ECF upon Tiffany Becker, Assistant United States Attorney.


/s/Rachel Korenblat
RACHEL KORENBLAT
Assistant Federal Public Defender